Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Gary Lynn Simons

_____
*Your full name*

**STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983**

v.

North Central
Region Jail

_____

Civil Action No.: 3:23-cv-229
*(To be assigned by the Clerk of Court)*

FILED

NOV 0 3 2023

U.S. DISTRICT COURT-WV.D
CLARKSBURG, WV 26301

_____
*Enter above the full name of defendant(s) in this action*

## I.    JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Your Name: Gary Lynn Simons

           Inmate No.: 3543594

           Address: North Central Regional 1 Lois Lane Greenwood WV 26415

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

    B.    Name of Defendant: Capt Sams

Attachment A

Position: Capt

Place of Employment: North Central Regional Jail

Address: 1 Lois Lane GreenWood WV 26415

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," briefly explain: See is a Gard Here in NCRJ Sag

B.1    Name of Defendant: Lt Tabb's

Position: Lt

Place of Employment: North Central Regional Jail

Address: 1 Lois Lane GreenWood WV 26415

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," briefly explain: He works as officer at NCRJ as well

B.2    Name of Defendant: Mr Sigler

Position: Hearing officer

Place of Employment: North Central Regional Jail

Address: 1 Lois Lane GreenWood WV 26415

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," briefly explain: Sigler is NCRJ Hearing officer

B.3    Name of Defendant: Costello
Position: Grard in Sag the whole
Place of Employment: North Central Regional Jail
Address: 1 Lois Lane Green wood WV 26415

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," briefly explain: He works Sag witch is the hole.

B.4    Name of Defendant: Chapman
Position: Lt
Place of Employment: North Central Regional Jail
Address: 1 Lois Lane Green Wood West Virginia 26415

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☒ Yes    ☐ No

If your answer is "YES," briefly explain: He is alway with lebs officer

Attachment A

_____

_____

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the
time these claims occurred?   ☐ Yes      ☐ No

If your answer is "YES," briefly explain:_____

_____

_____

_____

III.   **PLACE OF PRESENT CONFINEMENT**

Name of Prison/Institution:_____

A.   Is this where the events concerning your complaint took place?
☒ Yes      ☐ No

If you answered "NO," where did the events occur?

_____

B.   Is there a prisoner grievance procedure in the institution where the events
occurred?      ☒ Yes      ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in
the prisoner grievance procedure?      ☒ Yes      ☐ No

D.   If your answer is "NO," explain why not _____

_____

*United States District Court*            10            *Northern District of West Virginia-2013*

**Attachment A**

_____

_____

E.   If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed and
state the result at level one, level two, and level three. **ATTACH
GRIEVANCES AND RESPONSES**:

LEVEL 1 This place willn't give me copies

LEVEL 2 But am having Mountain State

LEVEL 3 Justice has them I am trying
to get copies

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same
facts involved in this action?        ☐ Yes    ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there
is more than one lawsuit, describe additional lawsuits using the same format
on  a separate piece of paper which you should attach and label: "IV
PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court:_____
          _(If federal court, name the district; if state court, name the county)_

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
_____

5.   Name of Judge(s) to whom case was assigned: _____

**Attachment A**

6.   Disposition: _After 10 day the let me out the Hole_
_They new that the door was Broke_
*(For example, was the case dismissed? Appealed? Pending?)*

7.   Approximate date of filing lawsuit: _10-28-2023_

8.   Approximate date of disposition. **ATTACH COPIES**

C.   Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☒ Yes   ☐ No

D.   If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
_I never got my write up or disposition_
_NCRJ keep me in the whole for 10 day_
_Put in one man cell with 2 other men_

E.   Did you exhaust available administrative remedies?   ☐ Yes   ☒ No

F.   If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
_My Grievances Nothing not done_
_they held them for ever if they_
_were paper and I tried to send them_
_Out to Charleston the Can back opened_

G.   If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

X̶    Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

2.    Name and location of court and docket number:

      _____

      _____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
                      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____


## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: I died at NCRJ I'm a DNA
I died for 15 minutes
_____

Supporting Facts: My relegous Beleafs when a
Person Dies That mean God is ready for
them NCRJ Took them on there self to Brake
6 ribs Brake 2 or teeth I poped and pease
my self and was naircated 17 times
Doctor said that was more then he has ever
seen

**Attachment A**

CLAIM 2: I'm a D.N.R my relgase Belief

Supporting Facts: They Broke 6 ribs 2 theeth Narcaned Me 1¼ timus 1 Doctor said My System was 35 percent Narcaned

CLAIM 3: Were I was dead I can remember thing and forget things

Supporting Facts: lack of air to my Brain

CLAIM 4: I well never See my family in the after life

Supporting Facts: If GOD wanted me then It was my time. I wouldnt have not had to go threw this know that I am going to walk the earth for ever no rest

CLAIM 5: I was treated like a animal no animals treated better I lost contral of my bowt pop my Self

Supporting Facts: To Brake 6 ribs and narcan Someone were 35% narcaned who gave them the right to stop my religast

VI.   INJURY

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

My soal will never be lay to rest 6 broken nbs 2 teeth broken humilated My self by poping and pes my self haircamed 17 time Isystom 95% nocand mental problems

VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you.
*Make no legal arguments. Cite no cases or statutes.*

Have them drop there write up I cant ever be layed to rest pay every day I was in the whole and humilited my self pop/pead my self 10,000,000, fix my teeth. for mental physical spiritual pain suffering mental abuse physical abuse Degraded

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at North Centrel Regional Jail on 10/28/2023

(Location)                                (Date)

Your Signature

---

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Gary Lynn Simons

---

*Your full name*

v.

Civil Action No.: 3:23-cv-229

North Central Regional
Jail

---

---

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Gary Lynn Simons (your name here), appearing *pro se*, hereby certify that

I have served the foregoing _____(title of document

being sent) upon the defendant(s) by depositing true copies of the same in the United States

mail, postage prepaid, upon the following counsel of record for the defendant(s) on

10-28-2023 (insert date here):

(List name and address of counsel for defendant(s))

Gary A Simons

(sign your name)

---