IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**GARY LYNN SIMONS,**

    Plaintiff,

v.                                  CIVIL ACTION NO.: 3:23-CV-229
                                       (GROH)

**NORTH CENTRAL REGIONAL JAIL,**

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before the Court for consideration of the Report and Recommendation ("R&R") of United States Magistrate Judge Robert W. Trumble. Pursuant to the Local Rules, this civil action was referred to Judge Trumble for submission of a proposed R&R. Magistrate Judge Trumble issued an R&R [ECF No. 81] on June 3, 2025. In the R&R, Judge Trumble recommends that the Plaintiff's Complaint [ECF No. 1] be dismissed with prejudice.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a de novo review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. Thomas v. Arn, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and of a Plaintiff's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); Snyder v. Ridenour, 889 F.2d 1363, 1366 (4th Cir. 1989); United States v. Schronce, 727 F.2d 91, 94 (4th Cir.

1984).

Objections to Magistrate Judge Trumble's R&R were due within fourteen plus three days of the Plaintiff being served with a copy of the same. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The R&R was mailed to Plaintiff's address on file with the Clerk's Office on July 10, 2025. However, the R&R was returned as undeliverable. ECF No. 83.

Unsurprisingly, no objections have been filed. The Plaintiff has not filed anything with the Court since April 16, 2025. Accordingly, the R&R is reviewed for clear error.

Upon careful review of the R&R, it is the opinion of this Court that Magistrate Judge Trumble's Report and Recommendation [ECF No. 81] should be, and is hereby, **ORDERED ADOPTED** for the reasons more fully stated therein. The Defendant's Motions to Dismiss [ECF Nos. 63 & 65] are **GRANTED**, and the Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. ECF No. 1.

The Clerk of Court is **DIRECTED** to retain a copy of this Order for Plaintiff and to provide it to him in the future should he contact the Clerk or update his address.

**DATED:** August 4, 2025

GINA M. GROH
UNITED STATES DISTRICT JUDGE